RECEIVED

JUL 1 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| REBECCA BROWN | CIVIL ACTION NO. 6:13-cv-00597 |
| VERSUS | JUDGE DOHERTY |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that this case is REVERSED and REMANDED to the Commissioner of the Social Security Administration for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g). In particular, the Commissioner should (1) afford claimant Rebecca Brown an opportunity to update the record by submitting her medical records for the time period from the date of the last hearing forward; (2) afford Ms. Brown another hearing; (3) either give controlling weight to the opinions of Ms. Brown's treating

physician(s) or set forth good cause for not doing so; (4) thoroughly evaluate Ms. Brown's residual functional capacity, and (5) determine whether Ms. Brown is disabled.

Inasmuch as the remand recommended herein falls under sentence four of Section 405(g), any judgment entered in connection herewith will be a "final judgment" for purposes of the Equal Access to Justice Act (EAJA).[1]

Lafayette, Louisiana, this _16_ day of _July_, 2014.

Rebecca F. Doherty
United States District Judge

---

[1] See, *Richard v. Sullivan*, 955 F.2d 354 (5th Cir.1992), and *Shalala v. Schaefer*, 509 U.S. 292 (1993).